TSUNG MEGASON & PHAM
BERNADINE T. TSUNG-MEGASON, SBN 228921
HA PHAM, SBN 228169
4 East Holly Street, Suite 215
Pasadena, CA 91103
Telephone:  (626) 577-5277
Facsimile:   (626) 577-5477

Attorneys for Plaintiff Virgil M. Rogers

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| VIRGIL M. ROGERS,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ASSISTANT UNITED STATES ATTORNEY PHILIP A. FERRARI, individually and in his official capacity, ASSISTANT UNITED STATES ATTORNEY PAMELA SATTERFIELD, individually and in her official capacity, ASSISTANT UNITED STATES ATTORNEY ALEXIA PAPPA, individually and in her official capacity, UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF COLUMBIA; UNITED STATES ATTORNEY'S OFFICE, SACRAMENTO, CALIFORNIA; DISTRICT OF COLUMBIA; METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA; DETECTIVE RALPH DURANT, individually, and in his official capacity; CHIEF CHARLES H. RAMSEY, individually and in his official capacity; KAREN JOHNSON-NORMAN, an individual, DOES 1 to 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No.:   2:05-CV-01177-LKK-PAN<br><br>*Honorable Lawrence K. Karlton*<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND EXTENDING TIME TO SERVE DEFENDANTS |

The court considered Plaintiff's ex parte application to continue the status (pretrial scheduling) conference filed on August 12, 2005.

The court finds that good cause has been shown to continue the status conference.

The court finds that good cause has been shown to extend time for service of Defendants.

The court orders that the time for service of Defendants be extended for an additional 75 days, totaling 120 days from the date of filing of the complaint.

The court orders that the status (pretrial scheduling) conference shall be continued until December 5, 2005 at 10:00 a.m. in Chambers.

IT IS SO ORDERED:

DATED: August 15, 2005                    /s/ Lawrence K. Karlton
                                          HON. LAWRENCE K. KARLTON
                                          UNITED STATES DISTRICT COURT

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE