TSUNG MEGASON & PHAM
BERNADINE T. TSUNG-MEGASON, SBN 228921
HA T. PHAM, SBN 228169
4 East Holly Street, Suite 215
Pasadena, CA 91103
Telephone: (626) 577-5277
Facsimile: (626) 577-5477

Attorney for Plaintiff Virgil M. Rogers

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| VIRGIL M. ROGERS,<br><br>                    Plaintiff,<br>     vs.<br><br>ASSISTANT UNITED STATES ATTORNEY PHILIP A. FERRARI, individually and in his official capacity, ASSISTANT UNITED STATES ATTORNEY PAMELA SATTERFIELD, individually and in her official capacity, ASSISTANT UNITED STATES ATTORNEY ALEXIA PAPPA, individually and in her official capacity, UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF COLUMBIA; UNITED STATES ATTORNEY'S OFFICE, SACRAMENTO, CALIFORNIA; DISTRICT OF COLUMBIA; METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA; DETECTIVE RALPH DURANT, individually, and in his official capacity; CHIEF CHARLES H. RAMSEY, individually and in his official capacity; KAREN JOHNSON-NORMAN, an individual, DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case No.:  2:05-CV-01177-LKK-PAN<br><br>*Honorable Lawrence K. Karlton*<br><br>PLAINTIFF VIRGIL M. ROGERS' SUBSTITUTION OF ATTORNEY |

The Court and all parties are hereby notified that Plaintiff Virgil M. Rogers substitutes Bernadine T. Tsung-Megason, State Bar Number 228921, who is retained counsel, as the only attorney of record in place and instead of Ha T. Pham.  Bernadine T. Tsung-Megason's contact information is:

4 E. Holly Street, Suite 215

Pasadena, CA 91103

Phone: 626-577-5277, Fax: 626-577-5477

Email: bernadine@lawyer.com, tsung2003@lawnet.ucla.edu.

I consent to this substitution.

Date: October 24, 2005

/s/ Virgil M. Rogers             _
Virgil M. Rogers
Plaintiff

I consent to this substitution.

Date: October 24, 2005

/s/ Ha T. Pham                   _
Ha T. Pham
Former Attorney of Record

I accept this substitution.

Date: October 24, 2005

/s/ Bernadine T. Tsung-Megason_
Bernadine T. Tsung-Megason
New Attorney of Record

IT IS SO ORDERED:

DATED:  November 1, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge

2
PLAINTIFF VIRGIL M. ROGERS' SUBSTITUTION OF ATTORNEY