UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VIRGIL M. ROGERS,

          Plaintiff,

    v.

ASSISTANT UNITED STATES ATTORNEY
PHILIP A. FERRARI, et al.,

          Defendants.
_____/

NO. CIV. S-05-1177 LKK/PAN

O R D E R

    Pursuant to court order, a Status (Pretrial Scheduling) Conference was set in the above-captioned case on December 5, 2005. ROBIN DEAN appeared as counsel for defendant Johnson-Norman; LAUREN BIRNBAUM appeared as counsel for the District defendants; BERNADINE TSUNG-MEGASON, counsel for plaintiff, FAILED TO APPEAR.

    Accordingly, the court hereby ORDERS as follows:

    1. Counsel for plaintiff is ordered to SHOW CAUSE in writing within ten (10) days why sanctions should not be imposed for her failure to attend the Status Conference and why she should not be

1

taxed the costs of defendant Johnson-Norman's counsel's appearance at the Status Conference;

    2. Within ten (10) days, counsel for defendant Johnson-Norman shall file a letter with the court detailing the costs she will charge her client in connection with her appearance at the December 5, 2005 Status Conference;

    3. The Status Conference is CONTINUED to January 17, 2006 at 10:00 a.m., following hearing on defendants' motions to dismiss; and

    4. The parties need not file further status reports in contemplation of the continued Status Conference.

    IT IS SO ORDERED.

    DATED: December 5, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2