UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VIRGIL M. ROGERS,

           Plaintiff,

   v.

ASSISTANT UNITED STATES ATTORNEY
PHILIP A. FERRARI, et al.,

           Defendants.
                             /

NO. CIV. S-05-1177 LKK/PAN

O R D E R

     On December 6, 2005, the court ordered counsel for plaintiff to show cause why sanctions should not be imposed for her failure to appear at a Status Conference scheduled for December 5, 2005. Counsel responded to the order to show cause on December 14, 2005. No good cause being shown, and given that defense counsel was inconvenienced by having appeared in person, the court hereby ORDERS that counsel for plaintiff is SANCTIONED in the amount of three hundred ($300.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the

1

1  effective date of this order.  Counsel shall file an affidavit
2  accompanying the payment of this sanction which states that it is
3  paid personally by counsel, out of personal funds, and is not and
4  will not be billed, directly or indirectly, to the client or in any
5  way made the responsibility of the client as attorneys' fees or
6  costs.
7       IT IS SO ORDERED.
8       DATED:  December 19, 2005
9
10                                  /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
11                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2