UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VIRGIL M. ROGERS,

                                      NO. CIV. S-05-1177 LKK/PAN

      Plaintiff,

  v.

ASSISTANT UNITED STATES ATTORNEY
PHILIP A. FERRARI, et al.,

      Defendants.
                              /

**STATUS (PRETRIAL SCHEDULING) ORDER**

    Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on January 17, 2006. BERNADINE TSUNG-MEGASON appeared as counsel for plaintiff; LAUREN BIRNBAUM appeared as counsel for the District of Columbia defendants. After hearing, the court makes the following findings and orders:

**FURTHER STATUS CONFERENCE**

    A further Status Conference is now SET for March 20, 2006 at 11:30 a.m. The parties are reminded of their obligation to file

1

and serve status reports not later than ten (10) days preceding the conference.

**MISCELLANEOUS PROVISIONS**

All Rule 26 discovery is STAYED pending defendants' determination concerning whether new counsel will be retained.

IT IS SO ORDERED.

DATED:   January 18, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT