UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VIRGIL M. ROGERS,

           NO. CIV. S-05-1177 LKK/PAN

    Plaintiff,

  v.                            O R D E R

ASSISTANT UNITED STATES ATTORNEY
PHILIP A. FERRARI, et al.,

    Defendants.
                          /

    The court is in receipt of plaintiff's notice of settlement as to the District of Columbia defendants. The court now orders that the dispositional documents disposing of the case as to the District of Columbia defendants be filed no later than sixty (60) days from the effective date of this order. All hearing dates heretofore set in this matter, as to the District of Columbia defendants, are hereby **VACATED**.

    The court is also in receipt of plaintiff's request to transfer the above captioned case, as to defendant Karen Johnson-

1

Norman, to the District of Columbia.[1]  On February 9, 2006, the court held that it lacked personal jurisdiction over defendant Karen Johnson-Norman and granted plaintiff fifteen (15) days to indicate to the court whether he favors transfer or will submit to dismissal as to the claims against Defendant Johnson-Norman. Plaintiff indicates that he will continue to search for counsel in the District of Columbia, and if unsuccessful, is prepared to litigate in pro per status.  Plaintiff's request for transfer to the District of Columbia is GRANTED and the above captioned case is hereby transferred to the United States District Court for the District of Columbia upon the filing of the dispositional documents as to the D.C. defendants.

 IT IS SO ORDERED.

 DATED: March 2, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Note that defendant Karen Johnson-Norman is the only remaining named defendant in the case.

2