UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VIRGIL M. ROGERS,

          Plaintiff,

   v.

ASSISTANT UNITED STATES ATTORNEY
PHILIP A. FERRARI, et al.,

          Defendants.

                              /

NO. CIV. S-05-1177 LKK/PAN

O R D E R

     By order filed March 3, 2006, the court directed the parties to submit documents disposing of the District of Columbia defendants.  The court ordered the remainder of the case, plaintiff's claims against defendant Johnson-Norman, conditionally transferred to the District of Columbia upon receipt of the dismissal of the remaining defendants.  Counsel have failed to timely comply with that order.

     Accordingly, the court ORDERS counsel for plaintiff and the District defendants to SHOW CAUSE in writing within ten (10) days

1

why sanctions should not be imposed for their failure to comply with the court's March 3, 2006 order.  Within ten (10) days, counsel shall also file the dispositional documents as to the District defendants.

IT IS SO ORDERED.

DATED: May 23, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2