(JFM) Rogers v. Ferrari et al | Doc. 85

Case 2:05-cv-01177-LKK-PAN   Document 83   Filed 05/25/2006   Page 1 of 2
Case 2:05-cv-01177-LKK-PAN   Document 85   Filed 06/05/2006   Page 1 of 2

TSUNG MEGASON & ASSOCIATES
BERNADINE T. TSUNG-MEGASON, SBN 228921
4 East Holly Street, Suite 215
Pasadena, CA 91103
Telephone: (626) 577-5277
Facsimile: (626) 577-5477

Attorneys for Plaintiff Virgil M. Rogers

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| VIRGIL M. ROGERS, | Case No.: CIV-S-05-01177 LKK/PAN |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS |
| ASSISTANT UNITED STATES ATTORNEY PHILIP A. FERRARI, et al. | |
| Defendants. | |

**TO THIS COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that Plaintiff and District Defendants have reached a monetary settlement amount in the above captioned matter. However, the parties have yet to sign a final settlement agreement, due to discussions regarding the wording of the document. The parties request, and stipulate to an extension of the 20 day period granted by Local Rule 16-160(b), by which to file dispositional documents, to June 30, 2006.

Plaintiff requests that the court retain jurisdiction in this matter pending finalization of settlement.

1
STIPULATION TO EXTEND TIME

Dated: May 19, 2006

TSUNG MEGASON & ASSOCIATES

/s/ Bernadine T. Tsung-Megason
BERNADINE T. TSUNG-MEGASON
Attorney for Plaintiff VIRGIL M. ROGERS

Dated: May 19, 2006

/s/ Lauren J. Birnbaum
LAUREN J. BIRNBAUM [DC Bar No. 483515]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 442-9754; (202) 727-6295
(202) 727-3625 (fax)
E-mail: Lauren.birnbaum@dc.gov
*Attorney for Defendants District of Columbia Metropolitan Police Department of the District of Columbia, Charles H. Ramsey, Ralph Durant*

So Ordered.

Dated: June 2, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT