1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   VIRGIL M. ROGERS,
                                         NO. CIV. S-05-1177 LKK/PAN
12
             Plaintiff,
13
        v.                                    O R D E R
14
     ASSISTANT UNITED STATES ATTORNEY
15   PHILIP A. FERRARI, et al.,

16           Defendants.
     _____/
17

18        On May 25, 2006, the court ordered counsel for both parties

19   to show cause why sanctions should not be imposed for failure to

20   timely file dispositional documents.  The court is in receipt of

21   counsels' responses.  Good cause appearing, the orders to show

22   cause are DISCHARGED.

23        IT IS SO ORDERED.

24        DATED: June 13, 2006.

25                                 LAWRENCE K. KARLTON
                                   SENIOR JUDGE
26                                 UNITED STATES DISTRICT COURT