UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VIRGIL M. ROGERS,

                                    NO. CIV. S-05-1177 LKK/PAN

      Plaintiff,

  v.                                  O R D E R

ASSISTANT UNITED STATES ATTORNEY
PHILIP A. FERRARI, et al.,

      Defendants.
_____/

    As to defendant Karen Norman-Johnson, the above-captioned case is hereby TRANSFERRED to the United States District Court for the District of Columbia.

    IT IS SO ORDERED.

    DATED: June 19, 2006.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT